United States District Court
Southern District of Texas
**ENTERED**
December 03, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DANIEL WOODS, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:15-cv-00174 |
| EEE ENTERPRISES, LTD. d/b/a FRIENDSWOOD KWIK KAR; EEE ALVIN LTD. d/b/a ALVIN KWIK KAR; TRIPLE E-GP, INC. and JAMES EDWARDS, | § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## JUDGMENT

Plaintiffs Daniel Woods and Richard Moffett shall recover from EEE Enterprises, Ltd. d/b/a Friendswood Kwik Kar; EEE Alvin Ltd. d/b/a Alvin Kwik Kar; Triple E-GP, Inc. and James Edwards, jointly and severally, the amount of Six Thousand Five Hundred Sixty and No/Hundredths Dollars ($6,560.00) plus post judgment interest at the rate of .51 % per annum, along with costs.

Date: 12/3/15

CLERK OF THE COURT

By: _____
Clerk or Deputy Clerk